

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>M. YARBOROUGH, et al.,<br><br>    Defendants. | No. CV 03-01210-GPS (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DENYING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

Pursuant to 28 U.S.C. §636, the Court has reviewed Plaintiff's Second Amended Complaint, Defendants' Motion for Judgment on the Pleadings, Plaintiff's Opposition to Defendants' Motion, Defendants' Reply to Plaintiff's Opposition and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u> determination of the Report and Recommendation.

//
//
//
//
//

**IT IS THEREFORE ORDERED** that an Order be entered (1) approving and adopting the Report and Recommendation, and (2) denying Defendants' Motion for Judgment on the Pleadings.

DATED: 1/14/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE