UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLARENCE V. KNIGHT, | No. CV 03-01210-AG (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, (2) GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT; AND (3) DISMISSING THE SECOND AMENDED COMPLAINT |
| v. | |
| M. YARBOROUGH, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Second Amended Complaint, Defendants' Motion for Summary Judgment, Plaintiff's Opposition, Defendants Reply and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that (1) the Court accepts the Findings and Recommendations of the Magistrate Judge; 2) Grants Defendants' Motion for Summary Judgment; and (3) directs that Judgment be entered dismissing the Second Amended Complaint with prejudice.

DATED: September 30, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE