UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CLARENCE V. KNIGHT, | ) | No. CV 03-01210-AG (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| M. YARBOROUGH, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

    **IT IS ADJUDGED** that Judgment be entered dismissing the Second Amended Complaint and entire action with prejudice.

DATED: September 30, 2011

                                      ANDREW J. GUILFORD
                                      UNITED STATES DISTRICT JUDGE